AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Kendell Craigg )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. **1:24-CV-0088**
Bank Of America Corporation )
Kovo Credit Inc. )
Austin Capital Bank SSB )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Austin Capital Bank SSB
2601 North Lamar Blvd Suite 201
Austin,Tx,78705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendell Craigg
1908 Paper Birch Cove
Grayson,Ga,30017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 1-8-2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Kendell Craigg )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
Bank Of America Corporation ) **1:24-CV-0088**
Kovo Credit Inc. )
Austin Capital Bank SSB )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kovo Credit Inc
c/o Northwest Registered Agent Service Inc.
8735 Dunwoody Place Ste N
Atlanta, Ga, 30350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kendell Craigg
1908 Paper Birch Cove
Grayson, Ga, 30017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
CLERK OF COURT

Date: 1-8-2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Kendell Craigg <br><br> *Plaintiff(s)* <br> v. <br> Bank Of America Corporation <br> Kovo Credit Inc. <br> Austin Capital Bank SSB <br><br> *Defendant(s)* | Civil Action No. <br><br> **1:24-CV-0088** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    BANK OF AMERCIA
    c/o  C T Corporation System
    289 S Culver St
    Lawrenceville, GA, 30046-4805, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kendell Craigg
    1908 Paperbirch Cove
    Grayson, Ga, 30017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date: 1-8-2024

*Signature of Clerk or Deputy Clerk*