UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENDELL CRAIGG,<br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  1:24-cv-00088-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the Magistrate Judge's report and recommendation and the Court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.3(A), NDGa, for Plaintiff's failure to make the case ready and failure to obey lawful orders of this Court.

Dated at Atlanta, Georgia, this 31st day of October, 2024.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By:   s/ A. Edwards
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 31, 2024
Kevin P. Weimer
Clerk of Court

By:    s/ A. Edwards
　　　　Deputy Clerk